LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CV-00216-AWI-GSA |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $7,900.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

It is hereby stipulated by and between the United States of America and Claimants Jose Elias Eljaik and Lani K. Greene (hereafter "Claimants"), by and through their respective attorney, as follows:

1.  On or about November 6, 2008, Claimants filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the approximately $7,900.00 in U.S. Currency (hereafter "currency"), which was seized on or about September 18, 2008.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimants has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 6, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to April 6, 2009.

Dated:  February 2, 2009        LAWRENCE G. BROWN
                                Acting United States Attorney

                                /s/ Deanna L. Martinez
                                DEANNA L. MARTINEZ
                                Assistant United States Attorney


Dated:  February 2, 2009        /s/ Stephan A. DeSales
                                STEPHAN A. DeSALES
                                Attorney for Claimants Jose Elias Eljaik
                                and Lani K. Greene
                                (Original signature retained by attorney)


**ORDER**

IT IS SO ORDERED.

**Dated:   February 5, 2009**            /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE